

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00047-CV

| | | |
|---|---|---|
| BBVA Compass Investment Solutions, Inc., Doris G. Silva, Karen L. McRoberts, Mario Ramos, and David S. Neel, Jr. | § | From the 236th District Court |
| | § | of Tarrant County (236-260857-12) |
| | § | February 12, 2015 |
| v. | § | Opinion by Justice Gardner |
| Edward Brooks and Geneva Brooks | § | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's "Order Denying Defendants' Motion to Stay Proceedings and Compel Arbitration." It is ordered that said order of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Edward Brooks and Geneva Brooks shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Anne Gardner_____
      Justice Anne Gardner